DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SARILLA JOSEPH,**
Appellant,

v.

**FEDERATED NATIONAL INSURANCE COMPANY,**
Appellee.

Nos. 4D18-1716 and 4D18-1717

[October 17, 2019]

Consolidated appeal from the Circuit Court for the Nineteenth Judicial Circuit; St. Lucie County; Janet C. Croom, Judge; L.T. Case Nos. 562015CA001905 and 562015CA001907.

Melissa A. Giasi of Sivyer Barlow & Watson, P.A., Tampa, for appellant.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*